UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| B&J TRANSPORTATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-06-39-B-W |
| | ) | |
| SWIFT & COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision

(Docket # 55) filed November 8, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant Swift & Company's Motion

for Partial Summary Judgment (Docket # 21) be and hereby is GRANTED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2006