UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| B&J TRANSPORTATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-06-39-B-W |
| | ) | |
| SWIFT & COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision (Docket #56) filed November 8, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendant Transportation Alliance Bank's Motion to Dismiss (Docket # 39) be and hereby is GRANTED as the Court lacks *in personam* jurisdiction over that Defendant.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2006